```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 04166
   LULA MAE JOHNSON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-9456

-------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 02/23/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/13/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED         2373.81          .00            .00
NORTH RIVERSIDE POLICE     UNSECURED        NOT FILED         .00            .00
NEW AGE FURNITURE          UNSECURED        NOT FILED         .00            .00
SEAWAY FURNITURE           UNSECURED        NOT FILED         .00            .00
ACCREDITED HOME LENDER     CURRENT MORTG       .00            .00            .00
ACCREDITED HOME LENDER     MORTGAGE ARRE       .00            .00            .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY      3,114.00                      1,577.80
TOM VAUGHN                 TRUSTEE                                          137.20
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                     1,715.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                 1,577.80
TRUSTEE COMPENSATION                             137.20
DEBTOR REFUND                                      .00
                          --------------     --------------
TOTALS                      1,715.00           1,715.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/25/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |